In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00125-CR


______________________________




RONALD DEWEY BLEDSOE, JR., Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 124th Judicial District Court


Gregg County, Texas


Trial Court No. 27,737-B




 




Before Cornelius, C.J., Grant and Ross, JJ.


Opinion by Justice Grant



O P I N I O N



 Ronald Bledsoe has filed a motion seeking to withdraw his Notice of Appeal so that his
appeal may be dismissed. Pursuant to Tex. R. App. P. 42.2, his motion is granted.

 The appeal is dismissed.



 Ben Z. Grant

 Justice


Date Submitted: December 14, 2001

Date Decided: December 14, 2001


Do Not Publish



07 

Date Decided: August 15, 2007


Do Not Publish